UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW FAISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-CV-495 JMB |
| ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| and NANCY A. BERRYHILL, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's second motion for reconsideration of the dismissal of his action against Nancy Berryhill and the Social Security Administration. Plaintiff has failed to provide any new arguments to show that he should be allowed to proceed in this action as a pauper, and he has not shown that he is currently suffering imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g). Therefore, the Court will decline to alter or amend the judgment ordering dismissal of this action pursuant to the "three strikes" doctrine. Plaintiff is therefore not entitled to reconsideration of the dismissal of this action, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's second motion for reconsideration of the dismissal of this action [Doc. #8] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this action would not be taken in good faith.

**IT IS FURTHER ORDERED** that no additional motions will be accepted from plaintiff unless they relate to a notice of appeal.

Dated this   7th   day of May, 2018.

\s\  Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE